UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00399

**Juston Shaw,**
*Plaintiff,*
v.
**Brent Dickson et al.,**
*Defendants.*

# ORDER

Plaintiff brought this case under 42 U.S.C. § 1983. Doc. 1. The case was transferred to the Tyler division and assigned to a magistrate judge under 28 U.S.C. § 636(b). Doc. 19 The magistrate judge issued a report recommending that defendant's motion for summary judgment be granted. Doc. 53 at 48. Plaintiff did not file objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment.

Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. Any pending motions are denied as moot.

*So ordered by the court on September 2, 2026.*

J. CAMPBELL BARKER
United States District Judge